AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

ORIGINAL

SEALED

United States of America
v.
PRINCE ALBERT WILLIAM HUDSON, III
*Defendant*

Case No. 4:26cr75
FSD: 12030996

RECEIVED
UNITED STATES MARSHAL
2026 OCT 15 P 12:15
EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Prince Albert William Hudson, III ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ❒ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

T.18:1962(d) – Racketeering Conspiracy (Count One, et al.)

Date: 10/15/2026

[signature]
*Issuing officer's signature*

City and state: Newport News, Virginia

Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 10/15/2026 , and the person was arrested on *(date)* 10/22/2026
at *(city and state)* Richmond, VA .

Date: 10/22/2026

[signature]
*Arresting officer's signature*

Megan Warshawsky, special agent
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

ORIGINAL

SEALED

United States of America
v.
PRINCE ALBERT WILLIAM HUDSON, III
*Defendant*

Case No. 4:26cr75

FSD: 12030996

RECEIVED
UNITED STATES MARSHAL
2026 OCT 15 P 12:15
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Prince Albert William Hudson, III ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ❒ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

T.18:1962(d) – Racketeering Conspiracy (Count One, et al.)

Date: 10/15/2026

[signature]
*Issuing officer's signature*

City and state: Newport News, Virginia

Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 10/15/2026 , and the person was arrested on *(date)* 10/22/2026
at *(city and state)* Richmond, VA .

Date: 10/22/2026

[signature]
*Arresting officer's signature*

Megan Warshawsky, special agent
*Printed name and title*