IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

UNITED STATES OF AMERICA

v. Case No. 4:26-cr-75

LILLIE LOUISE LUCAS

TO: The Honorable Fernando Galindo
Clerk, United States District Court,
and
All parties of record.

**NOTICE OF APPEARANCE OF COUNSEL**

COMES NOW the undersigned counsel, Andrew M. Sacks, by the law firm of Sacks & Sacks, P.C., and respectfully requests that this Honorable Court enter his appearance as counsel to defendant Lillie Loiuse Lucas in connection with the above-styled matter.

The undersigned counsel respectfully certifies that he is admitted to practice in this Court.

October 22, 2026 /s/
Date

Andrew M. Sacks, Esquire
VSB#: 20082
SACKS & SACKS, P.C.
Town Point Center
150 Boush Street, Suite 505
Norfolk, VA 23510
Telephone: (757) 623-2753
Facsimile: (757) 274-0148
E-mail: andrewsacks@lawfirmofsacksandsacks.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of October, 2026 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to:

Eric M. Hurt, Esquire
Assistant United States Attorney
United States Attorney's Office
City Center One, Suite 200
11815 Fountain Way
Newport News, Virginia 23606
Telephone: 757-591-4000
Facsimile: 757-591-0866
E-mail: eric.hurt@usdoj.gov

/s/

Andrew M. Sacks, Esquire

Andrew M. Sacks, Esquire, VSB#: 20082
SACKS & SACKS, P.C.
Town Point Center
150 Boush Street, Suite 505
Norfolk, VA 23510
Telephone: (757) 623-2753
Facsimile: (757) 274-0148
E-mail: andrewsacks@lawfirmofsacksandsacks.com

https://lawfirmofsacksandsacks.sharepoint.com/sites/SACKSSACKS/Shared Documents/IC/LUCAS Louise/NoticeAppearance.10 22 2026.docx