**INITIAL APPEARANCE MINUTES:**

Time set: 1:00
Start Time: 1:29
End Time: 1:36

Split Time ( )

Date: 10/22/2026
Presiding Judge: Robert J. Krask, USMJ
Courtroom Deputy: Titus, B
Reporter: FTR – Mag 2
U.S. Attorney: Eric Hurt, AUSA
Defense Counsel: ______
( ) Retained ( ) Court appointed ( ) AFPD
Interpreter: ______

Case Number: 4:26cr75
USA v. Ryan Eichelberger

( X ) Deft. Present ( X ) custody ( ) not in custody
( X ) Initial Appearance ( X ) Indictment ( ) Probation Violation Petition ( ) Supervised Release Petition
( ) Criminal Information ( ) Rule 5 arrest ( ) Rule 32 arrest ( ) Criminal Complaint
( ) Defendant consented to video proceedings. Order entered and filed
( X ) Defendant advised of rights, charges and right to counsel
( X ) Counsel desired ( ) Defendant to retain: ______
( X ) Oral admonition as required by DPPA given to the prosecutor
( ) Defendant's motion to substitute counsel
( ) Order to substitute counsel executed and filed in open court
( X ) Financial Affidavit filed in open Court
( X ) Court ( X ) Directed ( ) Denied appointment of counsel ( X ) FPD Conflict
( ) ______, AFPD present. FPD appointed in open court
( X ) Lawrence Woodward CJA present. CJA appointed in open court
( ) Court directed defendant to reimburse govt. at rate of $______ per month. Payments to begin and continue each month thereafter until paid in full beginning ______.
( ) Defendant waived ( ) Removal ( ) Preliminary hearing (In this District only)
( ) Defendant executed Waiver of Removal Hearing ( ) Waiver of Identity Hearing (In this District only)
( ) Waiver of Detention Hearing (In this District only)
( ) Commitment to Another District entered and filed in open court
( ) ( ) Preliminary ( ) Removal Hearing set for ______ at ______ before U.S. Magistrate Judge ______ in ______.
( ) Preliminary Hearing ( ) Held ( ) Waived ( ) Defendant stipulated to probable cause
( ) Court finds probable cause ( ) Defendant held for Grand Jury ( ) Defendant remanded to custody of U.S. Marshal for removal to charging district
( ) Government motion for Detention ( X ) Government not seeking detention
( ) Government motion to withdraw motion for detention and set bond ( ) Granted ( ) Denied
( ) Detention Hearing scheduled for ______ at ______ before ______.
( ) Detention Hearing ( ) Held ( ) Waived in ______.
( ) Temporary Detention Order entered and filed ( ) Detention Ordered Pending Trial
( X ) Bond set at $ PR
( X ) Additional Conditions of Release: **(See Page 2)**
( ) Defendant remanded to custody of U. S. Marshal
( ) Warrant returned executed and filed in open court
( X ) Defendant is directed to appear on 11/12/26 at 2:00 for
( X ) Arraignment ( ) SRVH ( ) PVH ( ) Bench Trial ( ) Control Date
( ) Norfolk ( X ) Newport News
( X ) Agreed discovery order filed and entered in open court.
( ) ______

# ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (7) The defendant is placed in the custody of:

Person or organization ______________________

Address *(only if above is an organization)* ______________________

City and state ______________________ Tel. No. ______________________

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: ______________________ *Custodian* ______________ *Date*

( ☒ ) (8) The defendant must:

( ☐ ) (a) submit to supervision by and report for supervision to the United States Probation Office, telephone number (757) 222-7300, no later than Today

( ☐ ) (b) continue or actively seek employment.

( ☐ ) (c) continue or start an education program.

( ☐ ) (d) surrender any passport to: ______________________

( ☐ ) (e) not obtain a passport or other international travel document.

( ☐ ) (f) abide by the following restrictions on personal association, residence, or travel: ______________________

( ☒ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: may have contact with Family not related to matters involving the case

( ☐ ) avoid contact with minors under age 18, unless another adult is present who has been approved in advance by Pretrial Services.

( ☐ ) (h) get medical or psychiatric treatment: ______________________

( ☐ ) (i) return to custody each ______________ at ________ o'clock after being released at ________ o'clock for employment, schooling, or the following purposes: ______________________

( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

( ☐ ) (k) not possess a firearm, destructive device, or other weapon.

( ☐ ) (l) not use alcohol ( ☐ ) at all ( ☐ ) excessively.

( ☐ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

( ☐ ) (n) submit to testing for a prohibited substance, if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, wearing a sweat patch, submitting to a breathalyzer, and/or any other form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of substance screening or testing of prohibited substances.

( ☐ ) (o) participate in a program of inpatient or outpatient substance use treatment, if directed by the pretrial services office or supervising officer.

( ☐ ) (p) participate in the remote alcohol testing program using continuous electronic alcohol testing and comply with its requirements as directed, including not consuming alcohol.

( ☐ ) pay all or part of the cost of remote alcohol testing, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer.

( ☐ ) (q) participate in the location monitoring program and comply with the requirements, as directed in subsections i, ii, and iii.

i. Following the location restriction component **(check one)**:

( ☐ ) (1) **Curfew.** You are restricted to your residence every day ( ☐ ) from ____________ to ____________, or ( ☐ ) as directed by the pretrial services office or supervising officer; or

( ☐ ) (2) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance use, or mental health treatment; attorney visits; court appearances; court-ordered obligations; activities approved by the court; or essential activities approved in advance by the pretrial services office or supervising officer; or

( ☐ ) (3) **Home Incarceration.** You are restricted to 24-hour-a-day lockdown at your residence except for medical necessities and court appearances or activities specifically approved by the court; or

( ☐ ) (4) **Stand-Alone Monitoring.** You have no residential component (curfew, home detention, or home incarceration) restrictions. However, you must comply with the location or travel restrictions as imposed by the court. **Note:** Stand-alone monitoring should be used in conjunction with global positioning system (GPS) or virtual mobile application technology.

# ADDITIONAL CONDITIONS OF RELEASE

(ii) submit to the following location monitoring technology (**check one**):

(☐ ) (1) Location monitoring technology as directed by the pretrial services or supervising officer; or

(☐ ) (2) GPS; or

(☐ ) (3) Radio Frequency; or

(☐ ) (4) Voice Recognition; or

(☐ ) (5) Virtual Mobile Application. You must allow the pretrial services or supervising officer to conduct initial and periodic inspections of the mobile device and mobile application to verify that 1) the monitoring software is functional, 2) the required configurations (e.g., locational services) are unaltered, and 3) no efforts have been made to alter the mobile application.

(iii) (☐ ) pay all or part of the cost of location monitoring, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer

( ☐ ) (r) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

(☐ ) (s) provide the Probation Officer access to any requested financial information and authorize the release of any financial information.

(☐ ) (t) notify current or future employers of charges offense ( ) and provide contact information for individual responsible for internet monitoring at place of employment.

(☐ ) (u) not incur new credit charges, or apply for or open additional lines of credit, loans, or financial or bank accounts without the prior approval of the probation office.

(☐ ) (v) not engage in any occupation that would require or enable access to the personal identity or financial information of others without the prior approval of the probation office.

(☐ ) (w) submit to mental health and/or sex offender evaluation and treatment as directed by the U.S. Probation Office.

(☐ ) (x) refrain from possessing or having access to any computer or the internet unless a computer monitoring program has been installed by Pretrial. The defendant shall not remove or in any way circumvent the software. The cost to be paid by defendant.

(☐ ) (y) not use, have possession, or access any computers, bulletin boards, chat rooms, video gaming system and console, phones with internet capabilities, or other such devices which would enable contact and/or date sharing with others unless a computer monitoring program has been installed.

(☐) All previous conditions remain in effect

(☐) (z) ______________________________

(☐) (aa) ______________________________

(☐) (bb) ______________________________

(☐) (cc) ______________________________

(☐) (dd) ______________________________

(☐) (ee) ______________________________

(☐) (ff) ______________________________

(☐) (gg) ______________________________

(☐) (hh) ______________________________

(☐) (ii) ______________________________

(☐) (jj) ______________________________

(☐) (kk) ______________________________