AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

ORIGINAL

SEALED

United States of America
v.

CARLTON UPTON, JR.

*Defendant*

Case No. 4:26cr75

FID: 11953406

RECEIVED
UNITED STATES MARSHAL
2026 OCT 15 P 12:24
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Carlton Upton, Jr. ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

T.18:1962(d) – Racketeering Conspiracy (Count One, et al.)

Date: 10/15/2026

[signature]
*Issuing officer's signature*

City and state: Newport News, Virginia

Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 10/22/26 , and the person was arrested on *(date)* 10/22/26
at *(city and state)* Atlanta, GA .

Date: 10/22/26

[signature]
*Arresting officer's signature*

SA Ray Evans
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

ORIGINAL

SEALED

United States of America
v.
CARLTON UPTON, JR.

*Defendant*

Case No. 4:26cr75

FID: 11953406

RECEIVED
UNITED STATES MARSHAL
2026 OCT 15 P 12: 24
EASTERN DISTRICT
OF VIRGINIA
NORFOLK DIVISION

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Carlton Upton, Jr. ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

T.18:1962(d) – Racketeering Conspiracy (Count One, et al.)

Date: 10/15/2026

[signature]
*Issuing officer's signature*

City and state: Newport News, Virginia

Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* ________ , and the person was arrested on *(date)* ________
at *(city and state)* ________ .

Date: ________

*Arresting officer's signature*

*Printed name and title*

Warrant executed in Northern District of Georgia, Atlanta on 10/23/26.