CLOSED

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CRIMINAL DOCKET FOR CASE #: 1:26-mj-01117-JEM All Defendants

| | |
|---|---|
| Case title: USA v. Upton | Date Filed: 10/22/2026 |
| Other court case number: 4:26-cr-00075-JKW-RJ USDC Eastern District of Virginia | Date Terminated: 10/22/2026 |

---

Assigned to: Magistrate Judge J. Elizabeth McBath

**Defendant (1)**

**Carlton Upton, Jr.**
*TERMINATED: 10/22/2026*

represented by **Joseph Austin**
Federal Defender Program, Inc.
101 Marietta Street, N.W.
Suite 1500
Atlanta, GA 30303
404-688-7530
Fax: 404-688-0768
Email: Joe_Austin@FD.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1962(d) Racketeering Conspiracy | |

---

**Plaintiff**

**USA** represented by **Katherine Irene Terry**
Office of the United States Attorney-ATL600
Northern District of Georgia
600 United States Courthouse
75 Ted Turner Dr., S.W.
Atlanta, GA 30303
404-581-6000
Email: katie.terry@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/22/2026 | | Arrest (Rule 5(c)(3)) of Carlton Upton, Jr. (fbj) (Entered: 10/22/2026) |
| 10/22/2026 | 1 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Joseph Austin as to Carlton Upton, Jr. Signed by Magistrate Judge J. Elizabeth McBath on 10/22/2026. (fbj) (Entered: 10/22/2026) |
| 10/22/2026 | 2 | WAIVER of Rule 5 & 5.1 Hearings by Carlton Upton, Jr. (fbj) (Entered: 10/22/2026) |
| 10/22/2026 | 3 | Minute Entry for proceedings held before Magistrate Judge J. Elizabeth McBath: Initial Appearance in Rule 5(c)(3) Proceedings and Bond Hearing as to Carlton Upton, Jr. Defendant is to remain on bond and its conditions in EDVA 4:26-cr-33 / NDGA 1:26-mj-488. (Attachments: # 1 Charging Document) (Tape #FTR) (fbj) (Entered: 10/22/2026) |
| 10/22/2026 | | Magistrate Case Closed. Defendant Carlton Upton, Jr. terminated. (fbj) (Entered: 10/22/2026) |
| 10/22/2026 | | Notice to USDC-Eastern District of Virginia of a Rule 5 or Rule 32 Initial Appearance as to Carlton Upton, Jr.. Your case number is: 4:26-cr-00075-JKW-RJK. The following documents are available on the public docket: 2 Waiver of Rule 5 Hearings, 1 Order Appointing Public Defender, 3 Initial Appearance - Rule 5(c)(3),, Bond Hearing,. The clerk will transmit any restricted document via email. To request additional transfer information, please send a request to InterdistrictTransfer_GAND@gand.uscourts.gov. (fbj) (Entered: 10/22/2026) |

FILED IN OPEN COURT
U.S.D.C. - Atlanta

OCT 22 2026

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**CARLTON UPTON, JR.,**<br><br>**Defendant.** | **CRIMINAL ACTION FILE NO.1:26-MJ-01117-JEM** |

**ORDER APPOINTING COUNSEL**

**JOSEPH AUSTIN**

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 22nd day of October, 2026.

J. ELIZABETH MCBATH
United States Magistrate Judge

FILED IN OPEN COURT
U.S.D.C. - Atlanta

AO 466A (Rev. 07/16) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

OCT 22 2026

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

United States of America
v.
Carlton Upton, Jr.
*Defendant*

Case No. 1:26-MJ-01117-JEM

Charging District's Case No. 4:26-CR-00075

**WAIVER OF RULE 5 & 5.1 HEARINGS**
**(Complaint or Indictment)**

I understand that I have been charged in another district, the *(name of other court)* Eastern District of Virginia.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that any preliminary or detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 10/22/2026

*Defendant's signature*

*Signature of defendant's attorney*

Joe Austin
*Printed name of defendant's attorney*

**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5& 5.1)**

FILED IN OPEN COURT

DATE: 10/22/2026 @ 2:40 pm

TAPE: FTR

TIME IN COURT: 10 mins

MAGISTRATE JUDGE J. ELIZABETH McBATH COURTROOM DEPUTY CLERK: Neethu Varghese

CASE NUMBER: 1:26-MJ-1117-JEM DEFENDANT'S NAME: Carlton Upton, Jr.

AUSA: Katie Terry DEFENDANT'S ATTY: Joseph Austin

USPO / PTR: Krystal Cunningham ( ) Retained ( ) CJA ( X ) FDP ( ) Waived

EXHIBITS ☐ Yes ☐ No

✓ ARREST DATE Self-surrender

✓ Initial appearance hearing held. ✓ Defendant informed of rights.

____ Interpreter sworn: ____

**COUNSEL**

✓ ORDER appointing Federal Defender as counsel for defendant.

____ ORDER appointing ____ as counsel for defendant.

____ ORDER: defendant to pay attorney's fees as follows: ____

**IDENTITY / PRELIMINARY HEARING**

✓ Defendant ORALLY WAIVES identity hearing. ✓ WAIVER FILED

____ Identity hearing HELD. ____ Def is named def. in indictment/complaint; held for removal to other district.

____ Defendant ORALLY WAIVES preliminary hearing in this district only. ____ WAIVER FILED

____ Preliminary hearing HELD. ____ Probable cause found; def. held to District Court for removal to other district

____ Commitment issued. Detention hearing to be held in charging district

**BOND/PRETRIAL DETENTION HEARING**

____ Government motion for detention filed . ____ @ ____

____ Pretrial hearing set for ____ @ ____ () In charging district.)

✓ Bond/Pretrial detention hearing held.

____ Government motion for detention ( ) GRANTED ( ) DENIED

____ Pretrial detention ordered. ____ Written order to follow.

____ BOND set at ____ ____ NON-SURETY ____ SURETY

____ cash ____ property ____ corporate surety ONLY

✓ SPECIAL CONDITIONS: Defendant is to remain on the bond and its conditions in EDVA 4:26-CR-33 / NDGA 1:26-mj-488

✓ Defendant released.

____ Bond not executed. Defendant to remain in Marshal's custody.

____ Motion ( ____ verbal) to reduce/revoke bond filed.

____ Motion to reduce/revoke bond ____ GRANTED ____ DENIED

____ See page 2

Order

☐ Pursuant to the Due Process Protections Act, see Fed. R. Crim. P. 5 (f), the government is directed to adhere to the disclosure obligations set forth in *Brady v. Maryland,* 373 U.S. 83 (1963), and its progeny, and to provide all materials and information that are arguably favorable to the defendant in compliance with its obligations under *Brady; Giglio v. United States,* 405 U.S. 150 {1972); and their progeny. Exculpatory material as defined in *Brady* and *Kyles v. Whitley,* 514 U.S. 419, 434 (1995), shall be provided sufficiently in advance of trial to allow a defendant to use it effectively, and exculpatory information is not limited to information that would constitute admissible evidence.

The failure of the government to comply with its *Brady* obligations in a timely manner may result in serious consequences, including, but not limited to, the suppression or exclusion of evidence, the dismissal of some or all counts, adverse jury instructions, contempt proceedings, or other remedies that are just under the circumstances.

**WITNESSES:**

**EXHIBITS:**