**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Newport News Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LILLIE LOUISE LUCAS, *et al.*,<br><br>Defendants. | Case No. 4:26-cr-75 |

# ORDER

All the defendants in this case will be arraigned in District Courtroom One, on the fourth floor of the United States Courthouse in Newport News.

The arraignments of Defendants Ryan Eichelberger, Tameka Johnson, and Carlton Upton, Jr. will begin at 1:00 p.m. on Thursday, November 12, 2026.

The arraignments of Defendants Lillie Louise Lucas; Lisa Lucas Burke; Prince Albert William Hudson, III; and Theresa Lucas-Lamb will begin at 1:00 p.m. on Monday, November 16, 2026.

The Newport News courthouse opens at 8:30 a.m. Any changes to the schedule will be posted on the Court's website at https://www.vaed.uscourts.gov/court-schedules.

**Seating** — All seating in the courtroom will be on a first-come basis. A court security officer will always be present to ensure that appropriate decorum is maintained.

FOOD AND WATER ARE NOT PERMITTED IN THE COURTROOM.

**Media** — Members of the media will be treated identically to other members of the public attending the hearing. The Court will not issue media passes and will not designate special seating for the press. Any media personnel who are unable to obtain a seat in the courtroom will be asked to wait outside.

**Courthouse Security** — The Court anticipates that there may be significant delays getting through security at the courthouse entrance. Attendees should plan their arrival times accordingly. To avoid delays, attendees should be aware of and follow all courthouse entry requirements found at https://www.vaed.uscourts.gov/Norfolk#security. In particular, ALL VISITORS MUST PRESENT A VALID PHOTO ID to gain admittance.

**Electronic Devices** — All visitors, including members of the media, who wish to bring a cellular telephone or smart watch to the courthouse will be required to power off the device(s) and place them into a magnetic pouch upon entering the courthouse. A court security officer will lock the pouch when the visitor enters the courthouse and unlock it at the courthouse exit as the visitor leaves. Further details regarding the courthouse electronics policy can be found on the Important Security Information page at the link provided above.

The Clerk is **DIRECTED** to post this Order on the Court's website.

**IT IS SO ORDERED.**

/s/ JKW

Newport News, Virginia
October 27, 2026

Jamar K. Walker
United States District Judge