**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Newport News Division

UNITED STATES OF AMERICA

v.

LILLIE LOUISE LUCAS, *et al.*,

Defendants.

Case No. 4:26-cr-75

# ORDER

In the interest of justice, the four-week jury trial in this case shall begin on September 13, 2027. *See* 18 U.S.C. § 3161(h)(7)(B)(ii); ECF No. 74 (certifying this matter as complex).

The following shall govern the filing of motions, oppositions, and replies thereto in this case:

The government's opposition to Defendant Lillie Louise Lucas's motions to strike surplusage (ECF No. 85) and motion for sanctions (ECF No. 86) shall be due on December 7, 2026. The defendant's reply shall be filed on December 14, 2026.

Any motion seeking dismissal of the indictment for vindictive prosecution shall be filed on or before January 11, 2027. The government's opposition to the motion shall be filed on January 25, 2027, and any reply shall be due on February 1, 2027. A hearing on the motion will occur on Tuesday, February 23, 2027, at 11:00 a.m., at the courthouse in Newport News.

All other pretrial motions must be filed on or before May 3, 2027. Given the expected volume of motions, the government's opposition to any motions, including

those filed in advance of the May 3 deadline, will be due on May 24, 2027. All replies shall be due on June 14, 2027.[1]

**IT IS SO ORDERED.**

/s/ JKW

Jamar K. Walker
United States District Judge

Newport News, Virginia
November 16, 2026

[1] To the extent a pretrial motion filed in advance of the May 3 timeline warrants a different schedule, the Court will issue an order after its review of the motion.